JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHESH BHUTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-07815-MWF(JCx)<br><br>(Removed from Los Angeles Superior Court, Case No. 21STCV31527)<br><br>Judge: Hon. Michael W. Fitzgerald<br>Magistrate: Hon. Jacqueline Chooljian<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties' Joint Stipulation of Dismissal with Prejudice is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: January 5, 2022　　　　　　　_____

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge